IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NELAND TEVIONN GRAY JR., <br><br> Petitioner, <br><br> vs. <br><br> DIANE SABATKA-RINE, Interim Director, Nebraska Department of Correctional Services; <br><br> Respondent. | 8:23CV18 <br><br> ORDER |

This matter is before the Court on Petitioner's Motion for Leave to Proceed in Forma Pauperis ("IFP"). Filing No. 4. Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). As indicated in the Court's records, Petitioner paid the $5.00 fee on March 6, 2023. Accordingly,

IT IS ORDERED that Petitioner's Motion for Leave to Proceed IFP, Filing No. 4, is denied as moot. The next step in this case is for the Court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The Court will conduct this review in its normal course of business and will address Petitioner's pending motion for appointment of counsel at that time.

Dated this 13th day of July, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge